TAYLOR v. THE STATE.

JENKINS, Presiding Justice. 1. The general grounds of the motion for new trial are not insisted upon, nor are they referred to in the brief of counsel; but we have examined the evidence, and the verdict is not without evidence to support it.

2. The only special ground is that the judge erred in failing to charge, on his own motion, voluntary manslaughter. It is not contended that voluntary manslaughter was involved except by virtue of the defendant's statement; and no request having been made for instruction on that subject, there was no error in omitting to charge thereon. *Davis* v. *State*, 178 *Ga.* 203 (172 S. E. 559); *Vincent* v. *State*, 153 *Ga.* 278 (9), 298 (112 S. E. 120); *Marcus* v. *State*, 149 *Ga.* 209 (8) (99 S. E. 614); *Pollard* v. *State*, 144 *Ga.* 229 (2) (86 S. E. 1096); *Roberts* v. *State*, 143 *Ga.* 71 (84 S. E. 122).

*Judgment affirmed. Bell, C. J., Duckworth, Atkinson, and Wyatt, JJ., concur.*

No. 15192. JULY 3, 1945.

*R. I. Stephens, A. L. Hatcher,* and *W. H. White,* for plaintiff in error.

*T. Grady Head, attorney-general, W. W. Larsen, solicitor-general, Lester F. Watson,* and *N. J. Smith, assistant attorney-general,* contra.